IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANNETTE Y. WOODMARK**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**CAROLYN W. COLVIN**, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 6:15-cv-00472-SI <br><br>**ORDER** |

**Michael H. Simon, District Judge.**

　　Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,924.71 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

　　**IT IS SO ORDERED.**

　　DATED this 25th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – ORDER